Fernández v. El Registrador de la Propiedad.

Recurso gubernativo contra nota del Registrador de la Propiedad de Caguas.

No. 104.—Resuelto en noviembre 3, 1911.

Calificación de Títulos—Expediente Posesorio—Suficiencia de las Pruebas—Facultades de los Registradores para Estimarla.—El párrafo 2°. del artículo 18 de la Ley Hipotecaria no confiere facultades a los registradores para apreciar los fundamentos de las resoluciones judiciales, o sea la justicia o injusticia intrínseca de las mismas, como tampoco les confiere facultades para estimar la suficiencia o insuficiencia de la prueba practicada en los procedimientos judiciales.

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sr. Rafael Arce.*

El Juez Asociado Sr. Aldrey, emitió la opinión del tribunal.

Presentado para su inscripción en el Registro de la Propiedad de Caguas el expediente posesorio tramitado en la corte municipal de dicha ciudad por Bernardo Fernández Porrero para acreditar la posesión en concepto de dueño de dos fincas rústicas radicadas en los barrios de "Río Cañas" y "San Antonio," de la municipalidad de Caguas, resuelto a favor del promovente, el registrador en 28 de agosto de 1911 se negó a ello en cuanto a una porción de una de las fincas. La negativa del registrador en lo pertinente dice así:

"No admitida la inscripción de dicho documento en cuanto al resto de las cincuenta y cuatro cuerdas, de dicha finca, por no resultar de una manera clara justificado que dicha porción de terreno pague contribución alguna al tesoro, pues se dice en el expediente que ciento cincuenta y siete cuerdas fueron adquiridas por compra a Doña Catalina Grau, y según la certificación del tesorero Doña Catalina Grau no poseía nada más que ciento tres cuerdas por las que pagaba contribución; de manera que queda un resto de cincuenta y cuatro cuerdas con respecto al que no aparece acreditado el pago de la contribución, pues aunque hay otro certificado del tesorero en el que se expresa que Don Bernardo Fernández Porrero paga contribución por doscientas setenta y dos cuerdas de terreno en el barrio de "Río Cañas," no se expresa claramente que para fijar la contribución que expresa dicho certificado

se tuvieron en cuenta las cincuenta y cuatro cuerdas de terreno que el promovente adquirió de la Sra. Grau.''

Esa negativa ha sido recurrida por Don Bernardo Fernández Porrero.

El fundamento que ha tenido el registrador para negar la inscripción a que se refiere este recurso es, que ante la corte municipal de Caguas no se ha justificado de manera clara que el recurrente pague contribución por todas las fincas comprendidas en el expediente posesorio que el juez municipal de Caguas mandó inscribir.

Del expediente tramitado ante dicha corte municipal, que original se presentó en el registro y que tenemos a la vista, resulta que el recurrente presentó diversas certificaciones de la Tesorería de Puerto Rico para acreditar que pagaba contribuciones por las fincas a que el expediente se refiere y habiendo con vista de ellas, y de la prueba testifical presentada, declarado el juez que se inscribiera la posesión a favor del recurrente, la cuestión que surge como consecuencia de la negativa del registrador a hacer la inscripción es, si tiene éste facultad para examinar la suficiencia de la prueba que el juez tuvo presente para declarar la posesión y consiguientemente ordenar su inscripción.

El párrafo segundo del artículo 18 de la Ley Hipotecaria confiere a los registradores de la propiedad la facultad de calificar todos los documentos expedidos por la autoridad judicial, y como consecuencia de ella, pueden calificar si el juez era competente por razón de la materia, la naturaleza y efectos de la resolución judicial; si ésta se dictó en el juicio correspondiente; si en él se observaron los trámites y preceptos esenciales para su validez y si la resolución judicial contiene todas las circunstancias que según la Ley Hipotecaria son necesarias para que pueda practicarse la inscripción.

Sin embargo, la facultad concedida por ese precepto, no se extiende a apreciar los fundamentos de tales resoluciones, o sea la justicia o injusticia intrínseca de las mismas; y el apre-

ciar si la prueba fué o nó suficiente conduciría a estimar si la resolución fué justa o nó.

La facultad de apreciar el valor de la prueba es sólo incumbencia de los tribunales de justicia.

En el presente caso la negativa recurrida no tiene otro alcance que el de estimar insuficiente la prueba presentada ante la corte municipal de Caguas, para fundamentar su resolución.

Desde el momento que por la corte se hizo la declaración de posesión y se ordenó su inscripción, hemos de entender que estimó bastante la prueba presentada; y como los registradores no están facultados para estimar la suficiencia de las pruebas, según ya hemos resuelto en 16 de mayo de 1910 en el caso de *Antonio Ramírez Muñoz* v. *El Registrador de la Propiedad de Caguas,* que contiene varias citas de resoluciones, y en el de *Pedro Rosario Hernández* v. *El Registrador de la Propiedad de Guayama,* resuelto en 7 de junio del mismo año, debe revocarse la nota recurrida y ordenarse que se haga la inscripción solicitada.                    *Revocada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados MacLeary, Wolf y del Toro.